UNITED STATES BANKRUPTCY COURT
NORTHERN DIVISION
NORTHERN DISTRICT OF ALABAMA

IN RE:  CASE NO. 16-80740-CRJ-13
        CHAPTER 13

Steven H. Campbell
Tammy Mae Campbell   JUDGE CLIFTON R. JESSUP, JR

DEBTORS   **NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Michele T. Hatcher files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:  US BANK TRUST NA**         **Court Claim No:  10**

**Final Cure Amount**

Amount of Prepetition Arrears:  $823.50

Additional Interest Paid:  $39.72

Amount Paid by Trustee:  $863.22

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

☐   Through the Chapter 13 Trustee          ☑ Direct by the Debtors

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtors, Debtors' Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtors have paid in full the amount required to cure the default on the claim; and 2) whether the Debtors are otherwise current on all payments consistent with Section 1322(b)(5) of the Code.

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim.

Dated:  April 08, 2021                                    /s/ Michele T. Hatcher, Trustee

                                                          Michele T. Hatcher, Trustee
                                                          Standing Chapter 13 Trustee
                                                          P.O. Box 2388
                                                          Decatur, AL  35602-2388

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Main or served electronically through the Court's ECF System at the e-mail address registered with the Court on this 8th day of April, 2021.

Steven H. Campbell
Tammy Mae Campbell
4208 Baldwin Ave SE
Decatur, AL  35603

CYNTHIA R SLATE-COOK
SLATE COOK & WATERS
PO BOX 1344
DECATUR, AL  35602

US BANK TRUST NA
C/O SN SERVICING CORPORATION
323 FIFTH ST
EUREKA, CA  95501

| | |
|---|---|
| Dated:  April 08, 2021 | /s/ Michele T. Hatcher, Trustee |
| | Michele T. Hatcher, Trustee |
| | Standing Chapter 13 Trustee |
| | P.O. Box 2388 |
| | Decatur, AL  35602-2388 |